AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| KHALAIRE ALLAH<br><br>*Plaintiff(s)*<br>v.<br>DAVID S. DINELLO, PAULA BOZER, JACQUELINE LEVITT, BRANDI LYNN CORIGLIANO, MICHELLE BELGARD, DEBORAH GEER, LARA OSIKA-MICHALES, REBECCA FEARS and VALERIE MONROE<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 23-cv-3286 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Valerie Monroe
c/o Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Jane Agnew, Esq.
Law Office of Amy Jane Agnew, P.C.
24 Fifth Avenue, Suite 1701
New York, New York 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/27/2023_____          _____/s/ P. Canales_____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-3286

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Valerie Monroe**
was received by me on *(date)* **June 13th, 2023**.

☒ I personally served the summons on the individual at *(place)* **Sing Sing Correctional Facility 354 Hunter Street, Ossining N.Y. 10562** on *(date)* **June 13th, 2023**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/14/2023**

*Server's signature:* **Wesley Small**

*Printed name and title:* **Wesley Small**

*Server's address:*
SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, NEW YORK 10562

Additional information regarding attempted service, etc: