UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN ALSTON <br><br> Plaintiff <br><br> v. <br><br> SUSAN MUELLER, et al. <br><br> Defendants. | ECF CASE <br><br> No. 23-cv-3290(LAP) <br><br> ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The Court has received the motions to extend the time to serve defendants in the above-captioned matter and the related cases listed below. The time for Plaintiffs to serve defendants in these matters is extended to September 18, 2023.

The Clerk of the Court shall close docket number 16. The Clerk of the Court shall also docket this order in each of the following cases and close the motions listed below.

<u>Hernandez v. Mueller</u>, 23-cv-5661; close docket number 7.

<u>Allah v. Dinello</u>, 23-cv-3286; close docket number 27.

<u>Jacks v. Mueller</u>, 23-cv-3288; close docket number 16.

<u>Perez v. Dinello</u>, 23-cv-3300; close docket number 22.

<u>Reyes v. Dinello</u>, 23-cv-3315; close docket number 12.

1

Bernard v. Dinello, 23-cv-3323; close docket number 19.

Crichlow v. Dinello, 23-cv-3386; close docket number 20.

Dunbar v. Hammer, 23-cv-3391; close docket number 12.

Feder v. Dinello, 23-cv-3392; close docket number 17.

Feola v. Mueller, 23-cv-3393; close docket number 13.

Frateschi v. Hammer, 23-cv-3394; close docket number 13.

Hale v. Mueller, 23-cv-3396; close docket number 9.

Wilkerson v. Hammer, 23-cv-3397; close docket number 16.

VanGuilder v. Mueller, 23-cv-3398; close docket number 14.

Locenitt v. Dinello, 23-cv-3399; close docket number 30;

Madison v. Ruiz, 23-cv-3438; close docket number 11;

Marcial v. Mueller, 23-cv-3455; close docket number 15;

Miller v. Hammer, 23-cv-3462; close docket number 10;

Ortiz v. Dinello, 23-cv-3547; close docket number 17.

Johnson v. Dinello, 23-cv-3553; close docket number 14.

Rivera v. Mueller, 23-cv-3579; close docket number 9.

Jacobs v. Mueller, 23-cv-3606; close docket number 12.

Oleman v. Hammer, 23-cv-3607; close docket number 16.

Williams v. Dinello, 23-cv-3608; close docket number 20.

<u>Rivera v. Hammer</u>, 23-cv-3700; close docket number 17.

<u>Rosado v. Mueller</u>, 23-cv-3718; close docket number 22.

<u>SO ORDERED</u>.

Dated:   August 14, 2023
         New York, New York

                                                    *Loretta A. Preska*
                                                    LORETTA A PRESKA, U.S.D.J.