```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>             Plaintiff,<br><br>-against-<br><br>DAVID DINELLO, et al.,<br><br>             Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Between August 16 and August 21, 2023, the New York Attorney General's Office has filed motions in this action and a number of related cases requesting an extension of time for Defendants to respond to the Plaintiff's complaint. (See, e.g., dkt. no. 31.) The Plaintiffs in this case and each of the related cases listed below may inform the Court of his or her views on the Defendants' request by letter no later than August 24, 2023. The Defendants may respond by letter no later than August 28, 2023.

    In addition to docketing this order in the above captioned case, the Clerk of the Court shall docket this order in each of the cases listed below.

- 23-CV-3288, Jacks v. Mueller, et al.
- 23-CV-3300, Perez v. Dinello, et al.
- 23-CV-3323, Bernard v. Dinello, et al.
- 23-CV-3391, Dunbar v. Hammer, et al.

- 23-CV-3394, Frateschi v. Hammer, et al.
- 23-CV-3397, Wilkerson v. Hammer, et al.
- 23-CV-3398, Van Guilder v. Mueller, et al.
- 23-CV-3399, Locenitt v. Dinello, et al.
- 23-CV-3455, Marcial v. Mueller, et al.
- 23-CV-3462, Miller v. Hammer, et al.
- 23-CV-3547, Ortiz v. Dinello, et al.
- 23-CV-3553, Johnson v. Dinello, et al.
- 23-CV-3606, Jacobs v. Mueller, et al.
- 23-CV-3607, Oleman v. Hammer, et al.
- 23-CV-3608, Williams v. Dinello, et al.
- 23-CV-3718, Rosado v. Mueller, et al.

**SO ORDERED.**

Dated:    August 22, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge