```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOHN ALSTON,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>SUSAN MUELLER, et al.,<br><br>　　　　　　　Defendants. | No. 23-CV-3290 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court has received Plaintiffs' Opposition to Defendants' Motions to Dismiss and Request for Coordinated Discovery ("Plaintiffs' Opposition"), (see dkt. no. 32), as well as certain Defendants' Memorandum of Law in Opposition to Defendants' Motions to Dismiss and Request for Coordinated Discovery, (see dkt. no. 35), in the above-captioned matter and in the related cases listed below.

　　The Defendants who have moved to dismiss Plaintiffs' complaints in the above-captioned matter and in the related cases listed below shall have until November 10, 2023, to file a reply to Plaintiffs' Opposition.

　　The Clerk of the Court shall also docket this order in each of the following cases listed below.

- Allah v. Dinello, 23-cv-3286.
- Frateschi v. Hammer, 23-cv-3394.
- Jacks v. Mueller, 23-cv-3288.

- <u>Jacobs v. Mueller</u>, 23-cv-3606.

- <u>Johnson v. Dinello</u>, 23-cv-3553.

- <u>Marcial v. Mueller</u>, 23-cv-3455.

- <u>Locenitt v. Dinello</u>, 23-cv-3399.

- <u>Ortiz v. Dinello</u>, 23-cv-3547.

- <u>Perez v. Dinello</u>, 23-cv-3300.

- <u>Reyes v. Dinello</u>, 23-cv-3315.

- <u>Rivera v. Mueller</u>, 23-cv-3579.

- <u>Rosado v. Mueller</u>, 23-cv-3718.

- <u>Van Guilder v. Mueller</u>, 23-cv-3398.

- <u>Wilkerson v. Hammer</u>, 23-cv-3397.

**SO ORDERED.**

Dated:   October 31, 2023
         New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge