# Exhibit 1



Tax ID # 14-1744189

# RONDOUT LEGAL SERVICES, INC.
*Process Service and Attorney Assistance*

STREET ADDRESS:
166 FRANKLIN STREET
KINGSTON, NEW YORK 12401

MAILING ADDRESS:
P.O. Box 4115
KINGSTON, NEW YORK 12402

E-MAIL: Service@RondoutLegal.com   WEB PAGE: RondoutLegal.com
PHONE: 845-331-6029   FAX: 845-331-0570

Job # 2308887
September 27, 2023
Your File No.:

Amy Jane Agnew, Esq.
36 Page Hill Road
Far Hills, NJ 07931

**Caption:** Khalaire Allah, Plaintiff/Petitioner
vs
David S. Dinello, et al., Defendant/Respondent

Date Received: 8/30/2023
Serve By Date: 9/13/2023
Docket or ID #: 23-cv-3286
Court: US District Court, Southern District of New York

**Re:** Jacqueline Levitt

**Docs Served:** Summons in a Civil Action and Complaint

Date Served: _____
Served By: _____
Place Served: _____

Court Date: _____

| Service Description | Qty | Fee | Amount |
|---|---|---|---|
| Copies @ $.10 per page: 63 Pages (2 Copies) | 126 | $0.10 | $12.60 |
| Postage Disb.--Follow-up mailing(s) | 1 | $2.55 | $2.55 |
| Add'l at Address | 1 | $47.50 | $47.50 |
| **Total Service Fees:** | | | **$62.65** |

**Terms:** PREPAID - THANK YOU

**Total Amount Due =** $0.00

**Remarks:**

---

Please detach this lower portion and return it with your payment. Make checks payable to **Rondout Legal Services, Inc.**
We also accept all major credit cards -- please call us.

Amy Jane Agnew, Esq.
36 Page Hill Road
Far Hills, NJ 07931

Job # 2308887
Invoice Date: September 27, 2023
Attorneys ID  101700

Rondout Legal Services, Inc.
P.O. Box 4115
Kingston, New York, 12402

Total Amount Due = $0.00

Amount Enclosed _____