UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>                    Plaintiff,<br><br> -against-<br><br> DAVID S. DINELLO, et al.,<br><br>                    Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As noted in counsel's letters, the Court will receive Defendants' reply papers on November 10. Defendants shall appoint liaison counsel with respect to the Tranche I cases. Counsel in the Tranche I cases shall appear for a conference on November 16 at 11:30 am in courtroom 12A.

    The Clerk of the Court shall also docket this order in each of the following cases listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.
- Crichlow v. Dinello, 23-cv-3386.
- Dunbar v. Hammer, 23-cv-3391.
- Feder v. Dinello, 23-cv-3392.
- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.
- Jacks v. Mueller, 23-cv-3288.

- Jacobs v. Mueller, 23-cv-3606.

- Johnson v. Dinello, 23-cv-3553.

- Locenitt v. Dinello, 23-cv-3399.

- Madison v. Ruiz, 23-cv-3438.

- Marcial v. Mueller, 23-cv-3455.

- Miller v. Hammer, 23-cv-3462.

- Oleman v. Hammer, 23-cv-3607.

- Ortiz v. Dinello, 23-cv-3547.

- Perez v. Dinello, 23-cv-3300.

- Reyes v. Dinello, 23-cv-3315.

- Rivera v. Mueller, 23-cv-3579.

- Rivera v. Hammer, 23-cv-3700.

- Rosado v. Mueller, 23-cv-3718.

- Van Guilder v. Mueller, 23-cv-3398.

- Wilkerson v. Hammer, 23-cv-3397.

- Williams v. Dinello, 23-cv-3608.

**SO ORDERED.**

Dated:   November 9, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge