```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>DAVID S. DINELLO, et al.,<br><br>　　　　　　Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court has received Plaintiff's letter motion for an extension to submit the parties' proposed stipulations and orders regarding fees and costs.  (Dkt. no. 81).  The parties shall have until December 8, 2023, to submit any proposed stipulations and orders regarding fees and costs.

　　The Clerk of the Court shall close docket entry 81.  The Clerk of the Court shall also docket this order in each of the following cases listed below and close the docket numbers listed below.

- Alston v. Mueller, 23-cv-3290: close docket number 49.
- Bernard v. Dinello, 23-cv-3323: close docket number 52.
- Crichlow v. Dinello, 23-cv-3386: close docket number 52.
- Feder v. Dinello, 23-cv-3392: close docket number 59.
- Feola v. Mueller, 23-cv-3393: close docket number 39.
- Jacks v. Mueller, 23-cv-3288: close docket number 60.
- Locenitt v. Dinello, 23-cv-3399: close docket number 88.

- Madison v. Ruiz, 23-cv-3438: close docket number 31.

- Marcial v. Mueller, 23-cv-3455: close docket number 53.

- Ortiz v. Dinello, 23-cv-3547: close docket number 64.

- Reyes v. Dinello, 23-cv-3315: close docket number 45.

- Rivera v. Mueller, 23-cv-3579: close docket number 36.

- Rivera v. Hammer, 23-cv-3700: close docket number 47.

- Rosado v. Mueller, 23-cv-3718: close docket number 65.

- Van Guilder v. Mueller, 23-cv-3398: close docket number 50.

- Williams v. Dinello, 23-cv-3608: close docket number 52.

**SO ORDERED.**

Dated:     December 5, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge