```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>                    Plaintiff,<br><br>-against-<br><br>DAVID S. DINELLO, et al.,<br><br>                    Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received Plaintiff's request for an extension to submit the parties' finalized versions of their proposed stipulations and orders regarding fees and costs.  (Dkt. no. 85).  The parties shall have until December 12, 2023, to submit their finalized proposed stipulations and orders regarding fees and costs.

The Clerk of the Court shall close docket entry 85.  The Clerk of the Court shall also docket this order in each of the following cases listed below and close the docket numbers listed below.

- Alston v. Mueller, 23-cv-3290: close docket number 51.
- Bernard v. Dinello, 23-cv-3323: close docket number 54.
- Crichlow v. Dinello, 23-cv-3386: close docket number 55.
- Feder v. Dinello, 23-cv-3392: close docket number 62.
- Feola v. Mueller, 23-cv-3393: close docket number 41.
- Jacks v. Mueller, 23-cv-3288: close docket number 63.

- Locenitt v. Dinello, 23-cv-3399: close docket number 92.

- Madison v. Ruiz, 23-cv-3438: close docket number 33.

- Marcial v. Mueller, 23-cv-3455: close docket number 56.

- Ortiz v. Dinello, 23-cv-3547: close docket number 70.

- Reyes v. Dinello, 23-cv-3315: close docket number 47.

- Rivera v. Mueller, 23-cv-3579: close docket number 38.

- Rivera v. Hammer, 23-cv-3700: close docket number 49.

- Rosado v. Mueller, 23-cv-3718: close docket number 71.

- Van Guilder v. Mueller, 23-cv-3398: close docket number 53.

- Williams v. Dinello, 23-cv-3608: close docket number 54.

**SO ORDERED.**

Dated:   December 11, 2023
         New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge