```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>         Plaintiff,<br><br>-against-<br><br>DAVID S. DINELLO, et al.,<br><br>         Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the Proposed Order to Show Cause and memorandum of law in support thereof filed by Plaintiff in the above-captioned case, (see dkt. no. 145), and by plaintiffs in the cases listed below (the "Tranche I Cases").  The Court has also received the status report filed by State-Represented Defendants in the above-captioned case and in each of the Tranche I Cases. (See dkt. no. 146.)

　　Counsel for Plaintiff and counsel for the State-Represented Defendants shall appear for a conference on September 30, 2024, at 11:30 a.m. in Courtroom 12A.

　　The Clerk of the Court shall also docket this order in each of the cases listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.
- Crichlow v. Dinello, 23-cv-3386.
- Dunbar v. Hammer, 23-cv-3391.

1

- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.
- Jacks v. Mueller, 23-cv-3288.
- Jacobs v. Mueller, 23-cv-3606.
- Locenitt v. Dinello, 23-cv-3399.
- Miller v. Hammer, 23-cv-3462.
- Oleman v. Hammer, 23-cv-3607.
- Ortiz v. Dinello, 23-cv-3547.
- Perez v. Dinello, 23-cv-3300.
- Reyes v. Dinello, 23-cv-3315.
- Rivera v. Hammer, 23-cv-3700.
- Rosado v. Mueller, 23-cv-3718.
- Van Guilder v. Mueller, 23-cv-3398.
- Wilkerson v. Hammer, 23-cv-3397.
- Williams v. Dinello, 23-cv-3608.

**SO ORDERED.**

Dated:   September 23, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge