UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| KHALAIRE ALLAH,           |                       |
|---------------------------|-----------------------|
|              Plaintiff,   | No. 23-CV-3286 (LAP)  |
| -against-                 | ORDER                 |
| DAVID S. DINELLO, et al., |                       |
|              Defendants.  |                       |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is the proposed order to show cause filed by the Plaintiff in the above-captioned case and plaintiffs in the cases listed below, (together, the "Tranche I Cases"), seeking an order to enforce the Court's August 26, 2024, discovery order and for attorneys' fees and costs. (See dkt. no. 145.) The Court held a conference with Plaintiffs and with the State-Represented Defendants in the Tranche I Cases on September 30, 2024.

As the Court stated on the record at the September 30 conference, State-Represented Defendants in the Tranche I Cases shall amend the search term index they have previously provided Plaintiffs, (see dkt. no. 149-3), to indicate the particular search queries Plaintiffs have provided—rather than the particular search terms—to which each produced document is responsive. State-Represented Defendants shall promptly produce to Plaintiffs such amended index.

1

Plaintiffs' request for attorneys' fees, costs, or other monetary relief is denied.

The Clerk of the Court is respectfully directed to docket this order in each of the cases listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.
- Crichlow v. Dinello, 23-cv-3386.
- Dunbar v. Hammer, 23-cv-3391.
- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.
- Jacks v. Mueller, 23-cv-3288.
- Jacobs v. Mueller, 23-cv-3606.
- Locenitt v. Dinello, 23-cv-3399.
- Miller v. Hammer, 23-cv-3462.
- Oleman v. Hammer, 23-cv-3607.
- Ortiz v. Dinello, 23-cv-3547.
- Perez v. Dinello, 23-cv-3300.
- Reyes v. Dinello, 23-cv-3315.
- Rivera v. Hammer, 23-cv-3700.
- Rosado v. Mueller, 23-cv-3718.
- Van Guilder v. Mueller, 23-cv-3398.

- <u>Wilkerson v. Hammer</u>, 23-cv-3397.
- <u>Williams v. Dinello</u>, 23-cv-3608.

**SO ORDERED.**

Dated:   October 1, 2024
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge