UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALAIRE ALLAH,

Plaintiff,

-against-

DAVID S. DINELLO, et al.,

Defendants.

No. 23-CV-3286 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is the parties' joint request for an extension of the expert schedule in the above-captioned case and certain of the other Tranche I Cases, as well as the parties' request for the Court's endorsement of a staggered briefing schedule for motions for summary judgment in the Tranche I Cases. (See dkt. no. 161.) The parties' request is GRANTED.

The Court grant the parties an extension of expert discovery in the following Tranche I Cases: Allah v. Dinello, 23-cv-3286; Bernard v. Dinello, 23-cv-3323; Crichlow v. Dinello, 23-cv-3386; Dunbar v. Hammer, 23-cv-3391; Feola v. Mueller, 23-cv-3393; Frateschi v. Hammer, 23-cv-3394; Hale v. Mueller, 23-cv-3396; Jacks v. Mueller, 23-cv-3288; Jacobs v. Mueller, 23-cv-3606; Locenitt v. Dinello, 23-cv-3399; Oleman v. Hammer, 23-cv-3607; Reyes v. Dinello, 23-cv-3315; Van Guilder v. Mueller, 23-cv-3398; Wilkerson v. Hammer, 23-cv-3397; Williams v. Dinello, 23-cv-3608.

For the aforementioned cases, the Court hereby adopts the following schedule:

February 5, 2025: Deadline for Service of Defendants' Expert Rebuttal Reports

March 5, 2025: Deadline for Service of Plaintiffs' Rebuttal Reports

April 3, 2025: Deadline for Expert Depositions

The Court hereby adopts the parties' proposed staggered briefing schedule for the Tranche I motions for summary judgment as follows:

1. Group 1 (Allah v. Dinello, 23-cv-3286; Bernard v. Dinello, 23-cv-3323; Crichlow v. Dinello, 23-cv-3386; Dunbar v. Hammer, 23-cv-3391; Williams v. Dinello, 23-cv-3608):

   May 23, 2025: Moving Papers Due

   June 23, 2025: Opposition Papers Due

   July 25, 2025: Reply Papers Due

2. Group 2 (Frateschi v. Hammer, 23-cv-3394; Hale v. Mueller, 23-cv-3396; Jacks v. Mueller, 23-cv-3288; Jacobs v. Mueller, 23-cv-3606):

   June 20, 2025: Moving Papers Due

   July 18, 2025: Opposition Papers Due

   August 8, 2025: Reply Papers Due

3. Group 3 (Locenitt v. Dinello, 23-cv-3399; Oleman v. Hammer, 23-cv-3607; Reyes v. Dinello, 23-cv-3315; Van Guilder v. Mueller, 23-cv-3398; Wilkerson v. Hammer, 23-cv-3397):

   June 6, 2025: Moving Papers Due

   July 10, 2025: Opposition Papers Due

   August 22, 2025: Reply Papers Due

4. Group 4 (Alston v. Mueller, 23-cv-3290; Miller v. Hammer, 23-cv-3462; Ortiz v. Dinello, 23-cv-3547; Perez v. Dinello, 23-cv-3300; Rivera v. Hammer, 23-cv-3700; Rosado v. Mueller, 23-cv-3718):

   July 11, 2025: Moving Papers Due

   August 8, 2025: Opposition Papers Due

   September 5, 2025: Reply Papers Due

The Clerk of the Court shall also docket this order in the above-captioned case and each of the cases listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.
- Crichlow v. Dinello, 23-cv-3386.
- Dunbar v. Hammer, 23-cv-3391.
- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.
- Jacks v. Mueller, 23-cv-3288.
- Jacobs v. Mueller, 23-cv-3606.

- Locenitt v. Dinello, 23-cv-3399.
- Miller v. Hammer, 23-cv-3462.
- Oleman v. Hammer, 23-cv-3607.
- Ortiz v. Dinello, 23-cv-3547.
- Perez v. Dinello, 23-cv-3300.
- Reyes v. Dinello, 23-cv-3315.
- Rivera v. Hammer, 23-cv-3700.
- Rosado v. Mueller, 23-cv-3718.
- Van Guilder v. Mueller, 23-cv-3398.
- Wilkerson v. Hammer, 23-cv-3397.
- Williams v. Dinello, 23-cv-3608.

**SO ORDERED.**

Dated: January 13, 2025
New York, New York

LORETTA A. PRESKA
Senior United States District Judge