```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>               Plaintiff,<br><br>-against-<br><br>DAVID S. DINELLO, et al.,<br><br>               Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Morrison's letter requesting leave to withdraw his appearance as counsel of record and terminate his appearance in the above-captioned action (dkt. no. 164) and each of the actions listed in bullets below. Mr. Morrison's request is GRANTED. Mr. Morrison shall update the Court by letter as to whether he also intends to withdraw his appearance from the related action Perez v. Dinello, 23-cv-3300.

    The Clerk of the Court shall docket this order in the above-captioned case and each of the cases listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.
- Crichlow v. Dinello, 23-cv-3386.
- Dunbar v. Hammer, 23-cv-3391.
- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.

1

- Jacks v. Mueller, 23-cv-3288.
- Jacobs v. Mueller, 23-cv-3606.
- Locenitt v. Dinello, 23-cv-3399.
- Miller v. Hammer, 23-cv-3462.
- Oleman v. Hammer, 23-cv-3607.
- Ortiz v. Dinello, 23-cv-3547.
- Reyes v. Dinello, 23-cv-3315.
- Rivera v. Hammer, 23-cv-3700.
- Rosado v. Mueller, 23-cv-3718.
- Van Guilder v. Mueller, 23-cv-3398.
- Wilkerson v. Hammer, 23-cv-3397.
- Williams v. Dinello, 23-cv-3608.
- Diggs v. Dinello, 23-cv-7149.
- Farrell v. Silver, 23-cv-9488
- Lorandos v. Mueller, 23-cv-7369
- Pine v. Hammer, 23-cv-7148
- Rhodes v. Hammer, 23-cv-9490
- Windley v. Hammer, 23-cv-7151
- Daniels v. Mueller, 23-cv-5654
- Dickinson v. Mueller, 23-cv-5657
- Dockery v. Dinello, 23-cv-5658
- Gradia v. Dinello, 23-cv-5660
- Hernandez v. Mueller, 23-cv-5661

- Knight v. Lee, 23-cv-5662
- Mathis v. Mueller, 23-cv-5663
- Pritchett v. Dinello, 23-cv-5664
- Rivera-Cruz v. Mueller, 23-cv-5667
- Stewart v. Mueller, 23-cv-5668
- Lindemann v. Sullivan-Davachi, 24-cv-6028

**SO ORDERED.**

Dated:   February 19, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge