```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>                    Plaintiff,<br><br>-against-<br><br>DAVID S. DINELLO, et al.,<br><br>                    Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is the parties' request for leave to complete production of additional documents within 45 days, before proposing a dispositive motion briefing schedule in the Tranche II cases. (Dkt. no. 169.) The parties' request is GRANTED. The parties shall submit a proposed briefing schedule in the Tranche II cases no later than May 9, 2025. The Clerk of the Court shall docket this order in the above-captioned case and each of the cases listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.
- Crichlow v. Dinello, 23-cv-3386.
- Dunbar v. Hammer, 23-cv-3391.
- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.
- Jacks v. Mueller, 23-cv-3288.

- Jacobs v. Mueller, 23-cv-3606.

- Locenitt v. Dinello, 23-cv-3399.

- Miller v. Hammer, 23-cv-3462.

- Oleman v. Hammer, 23-cv-3607.

- Ortiz v. Dinello, 23-cv-3547.

- Perez v. Dinello, 23-cv-3300.

- Batista-Cruz, as administratrix of the Estate of Roderick Reyes v. Dinello, 23-cv-3315.

- Rivera v. Hammer, 23-cv-3700.

- Rosado v. Mueller, 23-cv-3718.

- Van Guilder v. Mueller, 23-cv-3398.

- Wilkerson v. Hammer, 23-cv-3397.

- Williams v. Dinello, 23-cv-3608.

- Diggs v. Dinello, 23-cv-7149.

- Farrell v. Silver, 23-cv-9488.

- Lorandos v. Mueller, 23-cv-7369.

- Pine v. Hammer, 23-cv-7148.

- Rhodes v. Hammer, 23-cv-9490.

- Windley v. Hammer, 23-cv-7151.

**SO ORDERED.**

Dated:   March 26, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge