UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALAIRE ALLAH,

              Plaintiff,

-against-

DAVID S. DINELLO, et al.,

              Defendants.

No. 23-CV-3286 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter from the Office of the New York State Attorney General ("OAG") in the above-captioned action and the related actions listed below, providing an update on the status of discovery. (Dkt. no. 175.) Given that discovery has completed in most cases, the parties are relieved from their obligation to submit biweekly status reports. The Clerk of the Court shall docket this order in the above-captioned action and each of the cases listed below.

1. Alston v. Mueller, 23-cv-3290
2. Bernard v. Dinello, 23-cv-3323
3. Crichlow v. Dinello, 23-cv-3386
4. Dunbar v. Hammer, 23-cv-3391
5. Feola v. Mueller, 23-cv-3393
6. Frateschi v. Hammer, 23-cv-3394
7. Hale v. Mueller, 23-cv-3396
8. Jacks v. Mueller, 23-cv-3288

9. Jacobs v. Mueller, 23-cv-3606

10. Locenitt v. Dinello, 23-cv-3399

11. Miller v. Hammer, 23-cv-3462

12. Oleman v. Hammer, 23-cv-3607

13. Perez v. Dinello, 23-cv-3300

14. Batista-Cruz, as administratrix of the Estate of Roderick Reyes v. Dinello, 23-cv-3315

15. Rivera v. Hammer, 23-cv-3700

16. Rosado v. Mueller, 23-cv-3718

17. VanGuilder v. Mueller, 23-cv-3398

18. Wilkerson v. Hammer, 23-cv-3397

19. Williams v. Dinello, 23-cv-3608

20. Diggs v. Dinello, 23-cv-7149

21. Farrell v. Silver, 23-cv-9488

22. Lorandos v. Mueller, 23-cv-7369

23. Pine v. Hammer, 23-cv-7148

24. Rhodes v. Hammer, 23-cv-9490

25. Windley v. Hammer, 23-cv-7151

**SO ORDERED.**

Dated:   May 19, 2025
         New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge