# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 28, 2025

**VIA ECF**

Re: *Allen I* SEVERED DAMAGES CASES:

| | |
|---|---|
| Allah v. Dinello, et al., 23-cv-3286 | Bernard v. Dinello, et al., 23-cv-3323 |
| Crichlow v. Perez, et al,, 23-cv-3386 | Dunbar v. Hammer, et al., 23-cv-3391 |

Dear Judge Preska:

    Plaintiffs write to respectfully request a one-day extension of time to file an omnibus brief of 35 pages in Allah, Bernard and Dunbar cited above. Plaintiffs also request a one-week extension of time to file the briefing in Crichlow or a voluntary dismissal so I can speak with my client regarding the motion. Plaintiff will either file the brief or a dismissal by Monday August 4, 2025. Defendants' counsel has graciously consented to both extensions.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

```
Plaintiffs' request for extensions in the above-captioned cases is
GRANTED.  The Clerk of the Court shall docket this order in each
of the four above-captioned cases and close the open docket
numbers that correspond with Plaintiffs' letter requests for
extensions.

SO ORDERED.

Dated: July 29, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.