# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 29, 2025

**VIA ECF**

Re: *Allen I* SEVERED DAMAGES CASES:

| | |
|---|---|
| Allah v. Dinello, et al., 23-cv-3286 | Bernard v. Dinello, et al., 23-cv-3323 |
| Crichlow v. Perez, et al., 23-cv-3386 | Dunbar v. Hammer, et al., 23-cv-3391 |

Dear Judge Preska:

Plaintiffs write to respectfully request an <u>additional extension of three days to file their opposition brief</u>. This is my second request for an extension. I do apologize to the Court and my adversaries; I woefully underestimated the commitment and cannot possibly finish by tonight's deadline. Unfortunately, I have some prison visit commitments over the next two days that are not easy to reschedule. As the motions are very important to both me and my clients, I must respectfully ask for more time.

Very truly yours,

/s/ AJ Agnew

Amy Jane Agnew, Esq.

*granted*

SO ORDERED
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

7/30/25

*New York Office*
24 Fifth Avenue, Suite 1701
New York, NY 10011

(973) 600-1724

aj@ajagnew.com

*New Jersey Office*
36 Page Hill Road
Far Hills, NJ 07931