**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KHALAIRE ALLAH,

Plaintiff,

-vs.-

DAVID DINELLO, et al.,

Defendants.

---

**ORDER TO PRODUCE**

**23-CV-3286 (LAP)(SN)**

**ECF**

**TO: Timothy Carroll, Superintendent**
**Five Points Correctional Facility**
**6600 State Route 96**
**Caller Box 400**
**Romulus, New York 14541**

**WHEREAS** KHALAIRE ALLAH 01B0997 must attend a settlement conference telephonically with this Court on Thursday, October 22, 2026, at 10:00 am; and

**WHEREAS** Mr. Allah is currently in custody at Five Points Correctional Facility in Romulus, New York; and

**WHEREAS** this Court issued an Order directed to the Superintendent to produce Mr. Allah on October 7, 2023, and he was not produced, and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF FIVE POINTS CORRECTIONAL FACILITY shall produce KHALAIRE ALLAH 01B0997 to the location of a secure, unmonitored telephone in Five Points Correctional Facility at 10:00 AM Thursday, October 22, 2026 and allow him to use the telephone line until the Court dismisses him from the proceedings; **Mr. Allah shall be produced** unless he is located outside the facility or on 1:1 observation in an OMH Unit; and

**FURTHER, IT IS ORDERED** that the SUPERINTENDENT OF FIVE POINTS CORRECTIONAL FACILITY shall ensure that a member of his staff coordinates through

Plaintiff's Counsel, Law Office of Amy Jane Agnew, P.C., to share a telephone number at which counsel can reach Mr. Allah for the proceedings; and

**FURTHER, IT IS ORDERED** that if Mr. Allah is transferred to another DOCCS facility before the date of the conference, staff at Five Points shall immediately inform Plaintiff's counsel so alternative plans can be arranged to produce Mr. Allah telephonically.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 9, 2026
New York, New York